UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: BODY SCIENCE LLC PATENT LITIGATION )<br>)<br>)<br>) | C.A. No. 12-md-2375-FDS |
| This Document Relates to: )<br>) |  |
| *Body Science LLC v. St. Jude Medical S.C., Inc.* )<br>C.A. No. 13-cv-10025-FDS )<br>_____) |  |

### [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANTS PACESETTER, INC. AND ST. JUDE MEDICAL S.C., INC.

BEFORE the Court is the Parties' Joint Motion for Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). The Joint Motion is **GRANTED**. Accordingly, it is ORDERED that Plaintiff BODY SCIENCE LLC's ("Plaintiff") claims against Defendants PACESETTER, INC. and ST. JUDE MEDICAL S.C., INC. ("Defendants") be, and hereby are, dismissed without prejudice and Defendants' counterclaims against Plaintiff be, and hereby are, dismissed without prejudice. Each Party shall bear its own attorneys' fees and costs.

Nothing in this Order shall be construed as a release or discharge of any claim Plaintiff has or may have in the future against any other defendant named in this action or any other asserted infringer of the patent-in-suit.

Dated: January 2, 2014.

_____
F. DENNIS SAYLOR, IV
United States District Judge

2349547.1